RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 24 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
_____ DIVISION**

June Pernecia Reynolds
(Print your full name)

Plaintiff *pro se,*

v.

Jacob J. Lew, Secretary of the Treasury

Department of the Treasury, Agency

_____
(Print full name of each defendant; an
employer is usually the defendant)

Defendant(s).

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 13 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

CIVIL ACTION FILE NO.

**1:16-CV-1201**

(to be assigned by Clerk)

## *PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1.  This employment discrimination lawsuit is brought under (check only those that apply):

    ✓  Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

    **NOTE:** To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

Page 1 of 9

_____   Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

_____   Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

_____   Other (describe) _____

_____

_____

_____

_____

2.   This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3.   Plaintiff.   Print your full name and mailing address below:

Name      June Pernecia Reynolds

Address    4679 Browns Mill Ferry Road

           Lithonia, GA 30038

4.   Defendant(s).   Print below the name and address of each defendant listed on page 1 of this form:

Name      Jacob J. Lew, Secretary

Address    Department of the Treasury; Internal Revenue Service, Agency

Name      _____

Address    _____

           _____

Name      _____

Address    _____

           _____

## Location and Time

5.   If the alleged discriminatory conduct occurred at a location <u>different</u> from the address provided for defendant(s), state where that discrimination occurred:

   2385 Chamblee Tucker Road; Chamblee GA 30341

6.     When did the alleged discrimination occur?  (State date or time period)

_It occurred from October 2008 – June 2010._

### Administrative Procedures

7.     Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?        _✓_ Yes        _____ No

>    If you checked "Yes," attach a copy of the charge to this complaint.

8.     Have you received a Notice of Right-to-Sue letter from the EEOC?

_✓_ Yes        _____ No

>    If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: _December 28, 2015_

9.     If you are suing for **age discrimination**, check one of the following:

>    _____    60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

>    _____    Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

_____ Yes          _____ No          _✓_ Not applicable, because I was not an employee of, or applicant with, a State agency.

If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

_____

_____

_____

_____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

_✓_ Yes          _____ No          _____ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

If you checked "Yes," describe below what happened in that administrative process:

In the administrative process, the complaint was ignored.

_____

_____

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

    _____ failure to hire me

    _____ failure to promote me

    ✓ demotion

    _____ reduction in my wages

    ✓ working under terms and conditions of employment that differed from similarly situated employees

    ✓ harassment

    ✓ retaliation

    _____ termination of my employment

    _____ failure to accommodate my disability

    _____ other (please specify) _____

    _____

13. I believe that I was discriminated against because of (check only those that apply):

    _____ my race or color, which is _____

    ✓ my religion, which is Jehovah's Witnesses _____

    _____ my sex (gender), which is _____ male      _____ female

    _____ my national origin, which is _____

    _____ my age (my date of birth is _____)

    _____ my disability or perceived disability, which is:

    _____

    _____ my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

    _____ other (please specify) _____

    _____

Continuation of Page 7

in my performance in critical job elements "Time Management and Workload Management."

14.    Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

A. On or about November 25, 2008, my former manager (Ms. Burksdale) denied my request for annual (use or lose) leave;

B. On or about December 20, 2008, (two weeks after being furloughed) management issued me a furlough letter;

C. On February 22, 2010, my former manager denied the request to take 30-minutes of annual leave to read religious materials;

D. On or about April 6 and April 30, 2010, I was issued Evaluative Review Feedback Reports notifying me of a decline in my performance in Aspect 4A-Accuracy of Input and 4C-Security and Disclosure; and

E. On or about March 11, 2010 and May 11, 2010, the former manager issued me Workload Review feedback reports stating total time was not commensurate with number of case closures.

F. On several occasions including November 10, 2008, March 19, 2009 and March 23, 2010, the former manager said, "I don't serve the same God as you do;"

G. On or about April 3, 2010, April 10, 2010 and April 17, 2010, the former manager accused me of stealing from the government;

H. On March 22, 2011, the annual performance appraisal was revalidated from the prior year and did not accurately reflect my performance; and

I. On June 22, 2011, I was issued a memorandum notifying me of decline

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

Page 7 of 9

15.  Plaintiff  ✓ ___  still works for defendant(s)
         ___  no longer works for defendant(s) or was not hired

16.  If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation?  ___ Yes  ___ No

         If you checked "Yes," please explain: _____

         _____

         _____

         _____

         _____

17.  If your case goes to trial, it will be heard by a judge <u>unless</u> you elect a jury trial.  Do you request a jury trial?  ✓ Yes  ___ No

## Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

___✓___  Defendant(s) be directed to _give a Letter of Apology to the plaintiff._

___✓___  Money damages (list amounts) _Compensatory and Punitive Damages as defined by Federal Law._

___✓___  Costs and fees involved in litigating this case

___✓___  Such other relief as my be appropriate

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this ___20___ day of __March_____, 20_16___

_____June Reynolds_____
(Signature of plaintiff *pro se*)

_____June Reynolds_____
(Printed name of plaintiff *pro se*)

_____4679 Browns Mill Ferry Road_____
(street address)

_____Lithonia, GA 30038_____
(City, State, and zip code)

_____pecnecin@gmail.com_____
(email address)

_____404-272-3750_____
(telephone number)

Page 9 of 9